

# THE THIRTEENTH COURT OF APPEALS

13-21-00394-CV

ATIYA DHALA, M.D.
v.
ELIAZAR COSTILLA, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE
ESTATE OF KRISTY RENEE COSTILLA, DECEASED, AND AS NEXT FRIEND OF
A.J.C. AND C.K.C., MINORS; MELINDA RODRIGUEZ LEAL AND CAMILO TREVINO

On Appeal from the
197th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-04542

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 6, 2022